IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

VICKIE KREKLOW,

    Plaintiff,

    v.                          Case No. 3:21-cv-131

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

    Defendant.

ORDER ON THE PARTIES' JOINT MOTION FOR REMAND FOR FURTHER
PROCEEDINGS PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)

Pursuant to the parties' joint motion to remand this action, this Court now, upon substantive review, hereby enters an order under sentence four of 42 U.S.C. § 405(g) reversing the Commissioner's decision with a remand of the cause to the Commissioner according to the following terms. *See Shalala v. Schaefer*, 509 U.S. 292, 296 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89, 97-98 (1991).

On remand, an Administrative Law Judge (ALJ) will offer the claimant an opportunity for a hearing. The ALJ will reassess the medical opinion evidence, proceed through the sequential disability evaluation process as appropriate, and issue a new decision. If warranted, the ALJ will obtain supplemental vocational expert testimony.

SO ORDERED this ___9TH___ day of ___OCTOBER___, 2021.

_____
Honorable James D. Peterson
United States Chief District Court Judge